DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

CRUMP v. BOARD OF EDUCATION

No. 363P92

Case below: 107 N.C.App. 375

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 18 November 1992. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

DEBNAM v. N.C. DEPARTMENT OF CORRECTION

No. 397PA92

Case below: 107 N.C.App. 517

Petition by defendant for writ of supersedeas allowed 23 November 1992. Appeal filed by defendant pursuant to G.S. 7A-30 retained 23 November 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 23 November 1992.

EDWARDS v. UNIVERSITY OF NORTH CAROLINA

No. 377P92

Case below: 107 N.C.App. 606

Petition by defendant for temporary stay allowed 26 October 1992.

HARLEYSVILLE INSURANCE CO. v. POOLE

No. 332P92

Case below: 107 N.C.App. 234

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 October 1992.

HOLLOWELL v. HOLLOWELL

No. 333PA92

Case below: 107 N.C.App. 166

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 allowed 18 November 1992.